**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.130.15.118**

**ISP:** Comcast Communications, LLC
**Physical Location:** Mount Wolf, PA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/30/2018 21:59:30 | 8E0730C053D760F72D0E8858F5CBCA3D9D9EA7A1 | The Morning After |
| 06/03/2018 15:56:49 | 44BB7079CC0D20E54C2D2ED0DBA016A4B6581F67 | My Sweet Surrender |
| 05/20/2018 14:14:06 | C379DFC88B3DD942BBDED55B5197D1E8F8149ED9 | Invitation For Three |
| 03/24/2018 14:09:37 | 99296DE13D1A52C7297ECD976403959EEAC0BC18 | Stripshow Sex |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A